1/8/2015 9:32:22 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 3691543
By: PATTON, JONATHAN R

CAUSE NO. 2014-42890 / COURT: 055

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 3:33:45 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| IVY JANE SIMON | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 55TH JUDICIAL DISTRICT |
| | § | |
| CYPRESSWOOD SNF OPERATIONS, LLC | § | |
| | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO SERVE CHAPTER 74 EXPERT REPORTS

On the date entered below came on for consideration the Motion to Dismiss For Plaintiff's Failure to Serve Chapter 74 Expert Reports (the "Motion") filed by Defendant Cypresswood SNF Operations, LLC. The Court, after considering the Motion, finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed with prejudice to refiling.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Ivy Jane Simon shall pay reasonable attorney's fees and court costs to Defendant Cypresswood SNF Operations, LLC in the total sum of _____.

SIGNED this _____ day of _____, 2015.

_____
JUDGE PRESIDING

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO SERVE CHAPTER 74 EXPERT REPORTS – Solo Page

EXHIBIT A